IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

JAIME NIETO-RAMIREZ ET AL
Plaintiffs

v.

Civil No. 97-2137(HL/ADC)

CHRYSLER CORPORATION ET AL
Defendants

### ORDER

Defendant's "Motion Requesting Re-Scheduling of Evidentiary Hearing" (Docket No. 62) is **GRANTED**. The Evidentiary Hearing is **reset for October 6, 1999, at 10:00 AM.**

**SO ORDERED.**

At San Juan, Puerto Rico, this 16th day of September, 1999.

AIDA M. DELGADO-COLON
U.S. Magistrate-Judge

AO 72A
(Rev.8/82)