IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

Scheduled Time: 9:30
Starting Time:  0:24
Ending Time:   10:27
Total Proceedings: 1

MINUTES OF PROCEEDINGS                    December 2, 1999

HONORABLE MAGISTRATE AIDA M. DELGADO-COLON

COURTROOM DEPUTY: Brenda González          .Civ. 97-2137 (HL/ADC)

COURT REPORTER: Electronic Recording Machine Used

COURT INTERPRETER: Annie Flores            PTSO: N/A
==============================================================

                                           **Attorneys for**
Jaime Nieto-Ramirez                        Plaintiffs: Luis Lopez-Lopez
                                                       Nelson Rivera-Cabrera
       vs.

Chrysler Corporation, et al                Defendants: Kenneth Suria-Rivera
                                                       Alfredo Castellanos
----------------------------------------------------------------

Evidentiary Hearing held. Testimony of Mr. Mark Noble heard on behalf of defendant and Dr. Miguel Torres-Febus heard on behalf of plaintiff. Exhibits A through L were admitted for defendant. Defense counsel had filed a motion to continue the jury trial (#68), a motion in limine (#39) and a cross motion in limine (#71). **The Court granted motion #68 and denied motions #39 and #71.**

After hearing the witnesses, the Court will issue a written opinion and order on Daubert. **The Jury Trial is rescheduled for February 14 through 18, 2000, at 9:00 AM.**

                                              _____
                                                    Deputy Clerk

Exhibits A-L will remain with the Court.

s/c:  Jury Administrator
      Chief Deputy Clerk
      Operations Manager
      Court Reporter
      Courtroom Deputy