IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

JAIME NIETO-RAMIREZ ET AL
Plaintiffs

v.

CHRYSLER CORPORATION ET AL
Defendants

Civil No. 97-2137(HL/ADC)

### ORDER

A Status Conference is set for February 4, 2000, at 2:45 PM.

SO ORDERED.

At San Juan, Puerto Rico, this 31st day of January, 2000.

AIDA M. DELGADO-COLON
U.S. Magistrate-Judge

AO 72A
(Rev.8/82)