IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

JAIME NIETO-RAMIREZ ET AL
**Plaintiffs**

Civil No. 97-2137(HL/ADC)

v.

CHRYSLER CORPORATION ET AL
**Defendants**

## ORDER

The Clerk of Court has notified that there are no courtrooms available for the jury trial scheduled for February 14-18, 2000, in instant case. Therefore, the same is hereby **reset for May 8-12, 2000, at 9:30 AM.**

**SO ORDERED.**

At San Juan, Puerto Rico, this 7th day of February, 2000.

AIDA M. DELGADO-COLON
U.S. Magistrate-Judge

AO 72A
(Rev.8/82)