IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

JAIME NIETO-DEL TORO ET AL :
    Plaintiffs :
: Civil No. 97-2137(HL/ADC)
v. :
:
CHRYSLER CORPORATION ET AL :
    Defendants :

# ORDER

| MOTION | RULING |
|---|---|
| **Docket No. 44**<br><br>Motion for Extension to Time to File Response to Motion in Limine (by plaintiffs) | **MOOT.** |
| **Docket No. 45**<br><br>Motion Requesting Order for Spoliation of Evidence (re: Docket No. 53) | Evidentiary Hearing on this motion and that of **Docket No. 53** was held on December 2, 1999. An Opinion and Order on the issue will follow. |
| **Docket No. 46**<br><br>Motion Requesting Order for Interpreter's Fee (by defendants) | This motion was opposed by plaintiffs at **Docket No. 49**.<br><br>Inasmuch as defendants did not timely object to plaintiffs' expert request for services of an interpreter, the request for payment of the interpreter's fees is **DENIED.** |





Civil No. 97-2137(HL/ADC)                                                                 Page No. 2

# ORDER

| | |
|---|---|
| **Docket No. 47** | |
| Motion for Reconsideration of Order (by defendants) | **GRANTED.** |
| **Docket No. 57** | |
| Motion Requesting Order (by defendants) | **GRANTED.** *See also* entry at **Docket No. 47.** |
| **Docket No. 61** <br><br> Response to Defendants' Motion Requesting Order | **NOTED and DENIED** at the conclusion of the Evidentiary Hearing held on December 2, 1999. |
| **Docket No. 66** <br><br> Motion in Limine Requesting Daubert Hearing on Plaintiffs' Expert (by defendants) | Motion was granted and hearing was held on December 2, 1999. Opinion and Order to be issued. |
| **Docket No. 67** <br><br> Notice of Filing of Exhibit (by defendants) | **NOTED.** It is further **NOTED** that references at page 23 within **Docket No. 66** (Memorandum of Law) makes reference to Exhibit D instead of Exhibit B. |
| **Docket No. 68** <br><br> Motion Requesting Continuance of Trial (by defendants) | **GRANTED** on December 2, 1999. *See* **Docket No. 72.** |

# ORDER

| | |
|---|---|
| **Docket No. 69** | |
| Chrysler's Proposed Voir Dire | **NOTED.** |
| **Docket No. 70** | |
| Chrysler's Proposed Instructions to Jury | **NOTED.** |
| **Docket No. 71**<br><br>Opposition to Defendant's Motion in Limine and Cross Motion In Limine | At the conclusion of the Evidentiary Hearing held on December 2, 1999, plaintiffs' Cross Motion in Limine was Denied. (*See* **Docket No. 73**, Transcript of Evidentiary Hearing.)<br><br>Plaintiffs' Opposition to Defendants' Motion in Limine is **NOTED.** (*See* **Docket No. 72.**) |

SO ORDERED.

DATE: March 15, 2000

*[signature]*
AIDA M. DELGADO-COLON
U.S. Magistrate-Judge