## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

**JAIME NIETO-RAMIREZ ET AL**
   **Plaintiffs**

                                         **Civil No. 97-2137(HL/ADC)**

   **v.**

**CHRYSLER CORPORATION ET AL**
   **Defendants**

_____

### ORDER

**Trial setting is May 5, 2000, is VACATED**. The parties have been placed on notice[1] that an Opinion and Order is about to be issued wherein the testimony of Dr. Miguel Torres is precluded, at least to the extent he is to be presented as a fire reconstruction expert. Inasmuch as this Order has a direct impact on plaintiffs' case, plaintiff has requested for time in which to evaluate his case, pursue settlement or request to have the issue certified for appeal. The defendant's have no objection to this course of action.

**SO ORDERED.**

At San Juan, Puerto Rico, this 3rd day of May, 2000.

**AIDA M. DELGADO-COLON**
**U.S. Magistrate-Judge**

_____

[1]Telephone conferences were held with the parties on April 27, 2000, and today, May 3, 2000.

AO 72A
(Rev.8/82)