IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

JAIME NIETO-RAMIREZ ET AL
    Plaintiffs

                                                Civil No. 97-2137(HL/ADC)

v.

CHRYSLER CORPORATION ET AL
    Defendants

## ORDER

Trial in the instant case is set for January 29, 2001 to February 1, 2001, at 9:30 AM.

SO ORDERED.

At San Juan, Puerto Rico, this 15th day of November, 2000.

AIDA M. DELGADO-COLON
U.S. Magistrate-Judge

