UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

Jaime Nieto-Ramirez :
v. : Civil No. 97-2137 (HL)
Chrysler Corporation :

## DESCRIPTION OF MOTION

DATE FILED: 12/14/00    DOCKET: # 86    Title: Motion For Continuance of Trial due to Prior Court Commitments
( ) Plaintiffs   ( ) Defendants
( ) Government   ( ) Other

## ORDER

On December 14, 2000 plaintiff filed a motion requesting continuance of the trial schedule for January 29/2001 thru February 1st, 2001. Plaintiffs' counsel asserts he has prior court commitments. Counsel also suggests four alternate dates in which trial may be set.

Defendant has not objected or otherwise responded to ~~def~~ plaintiffs' request. Therefore, having consulted with the parties, trial is re-set for: April 17 – April 20th/2001 at 9:00 AM. The jury trial setting of January 29th is vacated.

Jan. 24/01                    Aida M. Delgado-Colón
DATE                          AIDA M. DELGADO-COLON
                              U.S. MAGISTRATE JUDGE

Faxed to all parties: 1/24/01. jc


(87)