UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

Jaime Nieto Del Toro

v.

Chrysler Corporation, et al

Civil No. 97-2137(HL)

### DESCRIPTION OF MOTION

DATE FILED: 4/2/01   DOCKET:# 92   Title: Motion For Voluntary Dismissal with prejudice due to Out of Court Settlement

(X) Plaintiffs    ( ) Defendants
( ) Government    ( ) Other

### ORDER

The request is granted. The complaint is Ordered dismissed with prejudice. The Clerk of Court will issue judgment accordingly. Jury trial setting of April 17/2001 is Vacated.

April 16/01
DATE

AIDA M. DELGADO-COLON
U.S. MAGISTRATE JUDGE

