IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

JAIME NIETO DEL TORO, ET AL

    Plaintiffs

vs.

CHRYSLER CORPORATION, ET AL

    Defendants

CIVIL NO. 97-2137 (HL)

## JUDGMENT

The Court, through the Honorable Aida M. Delgado-Colón, has entered an Order on April 24, 2001, granting the Motion for Voluntary Dismissal with Prejudice due to a Settlement Agreement filed on April 12, 2001. WHEREFORE, it is

ORDERED and ADJUDGED that said Agreement be and is hereby binding between the parties and be kept confidential. FURTHER, it is

ORDERED and ADJUDGED that the complaint be and it is hereby DISMISSED WITH PREJUDICE.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 25th day of April, 2001.

                                        FRANCES RIOS-DE MORAN
                                      Clerk of the Court

                              By: _____
                                        Magistrate Courtroom Deputy

